### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC BAINES, | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 21-2419 |
| CORECARE BEHAVIORAL HEALTH | : | |
| MANAGEMENT, INC., d/b/a Kirbride Center, | : | |
|    *Defendant*. | : | |

### **ORDER**

**AND NOW**, this 18th day of May, 2022, consistent with this Court's September 30, 2021 Order (ECF No. 8), it is hereby **ORDERED** that the parties shall file a jointly-prepared, written status report **by Friday, May 27, 2022**, apprising the Court on the status of the above-captioned case.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II       J.