IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC BAINES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORECARE BAHAVIORAL | : | |
| HEALTH MANAGEMENT, INC. | : | |
| d/b/a KIRKBRIDE CENTER | : | NO.  21-2419 |

## O R D E R

AND NOW, this    30th    day of January, 2023, upon consideration of

Defendant's motions in limine seeking to preclude (1) evidence of the EEOC reasonable

cause finding (Doc. 26), (2) evidence regarding other charges, lawsuits, or claims of

discrimination (Doc. 29), and (3) testimony regarding Defendant's alleged targeting of

older employees (Doc. 27), IT IS HEREBY ORDERED that the Motions are

GRANTED.  To the extent Defendant sought the preclusion of evidence other than

Plaintiff's testimony regarding Defendant's alleged targeting of older employees (Doc.

27-1 at 1, 4), the Motion is DISMISSED without prejudice.  Neither party has provided

the court with an adequate explanation of the nature of this evidence to allow for proper

consideration.  If Plaintiff wishes to introduce any documents regarding employees other

than Plaintiff, they must be identified in the parties' pretrial stipulation so the issue can be

addressed before any such documents are shown to the jury.

BY THE COURT:


/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.